AO91 (Rev. 12/03) Criminal Complaint                                   AUSA

# UNITED STATES DISTRICT COURT       **FILED**

___Western District Of Texas Del Rio Division___

**DEC 2 7 2011**

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

UNITED STATES OF AMERICA                    CRIMINAL COMPLAINT
vs.

Irma Leticia ROSALES                        Case Number: 2:11M-10960

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about ___December 25, 2011___ in ___Maverick___ County, in the ___Western District Of Texas___ defendant(s), intentionally and knowingly failed to enter the United States at a designated border crossing point and did not report said arrival and present herself and all articles in her possession for inspection, to wit: a misdemeanor,

in violation of Title ___19___ United States Code, Section(s) ___1459(a)___

I further state that I am a(n) ___Border Patrol Agent___ and that this complaint is based on the following facts:

On December 25, 2011, the defendant was arrested by Border Patrol Agents after she was observed crossing the Rio Grande approximately .5 miles south of the Eagle Pass Port of Entry-International Bridge #2. Agents made contact with the defendant shortly thereafter at which time she admitted to having waded accross the river to avoid detection. The defendant knew a Warrant of Arrest had been issued by the Easter District of Texas and admitted to entering the United States illegally at a place other than a port of entry for that reason.

Continued on the attached sheet and made a part of this complaint:    ☐ Yes    ☒ No

Signature of Complainant

Contreras, Salvador
Printed Name of Complainant

Sworn to before me and signed in my presence,

___December 27, 2011___                   at    Del Rio, Texas
Date                                               City/State

___Collis White___        ___U.S. Magistrate Judge___
Name of Judge                Title of Judge                Signature of Judge