UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF TEXAS

DEL RIO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | Cause No. DR12CR0003 |
| | § | **INFORMATION** |
| v. | § § | [Vio: COUNT ONE: 19 U.S.C. § 1459, |
| | § | Failure to Comply with Reporting |
| IRMA LETICIA ROSALES | § § | Requirements.] |

THE UNITED STATES ATTORNEY CHARGES:

COUNT ONE
[19 U.S.C. § 1459]

On or about December 25, 2011, in the Western District of Texas, the Defendant,

IRMA LETICIA ROSALES,

intentionally and knowingly entered the United States at a place not designated as a border crossing point, and did not immediately report said arrival and present herself and all articles in her possession for inspection, in violation of Title 19, United States Code, Section 1459.

Respectfully submitted,

ROBERT PITMAN
United States Attorney

By: _____
JAY HULINGS
Assistant United States Attorney

[FILED 2012 JA -4 AM 9:56 WESTERN DISTRICT OF TEXAS U.S. CLERK'S OFFICE]

SEALED:
UNSEALED: XX

# DR12CR0003

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## DEL RIO DIVISION

COUNTY: Val Verde     CASE #/JUDGE:

DATE: January 4, 2012     MAGISTRATE #: DR11-10960M

AUSA: Jay Hulings

DEFENDANT: IRMA LETICIA ROSALES

INTERPRETER NEEDED: No     Language: English

DEFENSE ATTORNEY: Alberto M. Ramon

ADDRESS OF ATTORNEY: 2500 El Indio Highway, Eagle Pass, Texas 78852

DEFENDANT IS: DETAINED     DATE OF ARREST: December 25, 2011

BENCH WARRANT NEEDED: NO

PROBATION OFFICER: N/A

NAME AND ADDRESS OF SURETY: N/A

YOUTH CORRECTIONS ACT APPLICABLE: NO

PROSECUTION BY: INFORMATION.

OFFENSE: (Code & Description): 19 U.S.C. § 1459 -- Failure to Comply with Reporting Requirements.

OFFENSE IS A: CLASS "A" MISDEMEANOR

MAXIMUM SENTENCE: 12 months imprisonment, a $5,000 fine, 5 years probation, and a $25 special assessment.

PENALTY IS MANDATORY:     Yes XX     No XX

REMARKS: See above     W D T-Cr-3